# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| DEREK GALLOP, JR., | ) |
| Movant, | ) |
| v. | ) Case No. CV416-187 |
| | ) CR410-157 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Guilty-plea convicted in 2011 on robbery charges and sentenced to 84 months, CR410-157 at 67 & 68, Derek Gallop, Jr. has filed a 28 U.S.C. § 2241 habeas petition. CV416-187, doc. 1. The Clerk informed him that, by July 26, 2016, he must pay a $5 filing fee or move for leave to proceed *in forma pauperis*. 28 U.S.C. § 1914(a) ($5 for habeas petitions); § 2241 (authorizing this court to grant "Writs of habeas corpus"). Doc. 2. Since Gallop has done neither, his § 2241 petition should be **DISMISSED** for failure to cure that deficiency.

**SO REPORTED AND RECOMMENDED**, this 28th day of July, 2016.

*[signature: G. R. Smith]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA